UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERMOOR, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. H-05-3401 |
| | § |
| DELMAR SYSTEMS, INC., | § |
| | § |
| Defendant. | § |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant's motion for an extension of time to file responsive pleadings. After considering the parties' filings and oral arguments and the applicable law, the Court finds that Defendant should be and hereby is **GRANTED** an extension of time until Friday, April 24, 2006. On or before that date, Defendant is hereby **ORDERED** to file an Answer to Plaintiff's Complaint and to serve a copy of that Answer upon Plaintiff via same-day delivery. This Order is without prejudice to Defendant's ability to amend its Answer, at a later date, to include compulsory counterclaims the factual bases for which are presently unknown to Defendant.

2

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 17th day of April, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**