UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERMOOR, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-05-3401 |
| § | |
| DELMAR SYSTEMS, INC., § | |
| § | |
| Defendant. § | |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant's second motion to dismiss this declaratory judgment action, pursuant to FED. R. CIV. P. 12(b)(1), for lack of subject matter jurisdiction. Defendant argues that no justiciable case or controversy exists. After considering the parties' filings and the applicable law, the Court finds that Plaintiff has adequately amended its Complaint, in accordance with this Court's Memorandum and Order of March 27, 2006, and that Defendant has again failed to demonstrate that this Court lacks jurisdiction. Accordingly, Defendant's motion, Docket No. 40, should be and hereby is **DENIED WITHOUT PREJUDICE TO REFILING**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 12th day of May, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**